26-00037

SECT. PMAG.4

*TO: DOCKET CLERK*

__ *MAGISTRATE CASE NUMBER*

*OR*

<u>X</u> *NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME:* <u>*JIAXIN TIEN*</u>

*Initials:* <u>nml</u>

If you receive this note without any initials, please return the entire packet to criminal desk .

Thank you