UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-37** |
| **v.** | * | **SECTION: "P"** |
| **JIAXIN TIAN** | * | |

\* \* \*

**GOVERNMENT'S MOTION AND
INCORPORATED MEMORANDUM TO CORRECT
TYPOGRAPHICAL ERROR IN INDICTMENT CAPTION**

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the United States of America, who respectfully represents to this Honorable Court that the indictment caption in this matter should be amended to reflect the true name of the defendant Jiaxin Tian, as reflected in the above case caption. The defendant's indictment caption misspelled the defendant's last name. The name Jiaxin Tien appears in the case caption and should read Jiaxin Tian. The defendant's name is correct everywhere else in the indictment. In support of the motion to correct the typographical error, the United States respectfully submits the following:

According to the Fifth Circuit, "[t]he form of an indictment may be amended without return to the grand jury so long as its substance remains the same." *United States v. Young Bros., Inc.*, 728 F.2d 682, 693 (5th Cir. 1984). "An amendment will be allowed if a defendant's rights are not affected and he is adequately apprised of the charges against him so that he is protected against surprise at trial or another prosecution for the same offense." *Id.*; *see also United States v. Field*, 875 F.2d 130, 133-34 (7th Cir. 1989) (district court did not err in granting government's motion to amend indictment to include eleventh digit of money order serial numbers because amendment corrected typographical or clerical error and went to form not substance); *United*

*States v. Kegler*, 724 F.2d 190, 195 (D.C. Cir. 1984) (correcting first name of payee of forged check was permissible amendment of form of indictment).

Accordingly, the government requests that the Court amend the indictment caption to reflect the true name of the defendant Jiaxin Tian, as reflected in the above case caption. This typographical correction does not affect defendant's rights.

## CONCLUSION

**WHEREFORE**, for the reasons outlined above, the United States respectfully moves this Court to issue an Order amending the indictment to reflect the true name of the defendant Jiaxin Tian and update the case caption to *United States v. Jiaxin Tian*.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

 /s/ *Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3079
Email: brian.klebba@usdoj.gov