UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  26-37** |
| **v.** | * | **SECTION: "P"** |
| **JIAXIN TIAN** | * | |
| | * * * | |

### O R D E R

Considering the foregoing, the Government's motion is **GRANTED.**

**IT IS HEREBY ORDERED** that the indictment be amended to reflect the true name of the defendant Jiaxin Tian, as reflected in the above case caption.

**IT IS FURTHER ORDERED** that the case caption be updated to *United States v. Jiaxin Tian*.

New Orleans, Louisiana, this _____ day of February, 2026.

_____
HONORABLE BRANDON S. LONG
UNITED STATES DISTRICT JUDGE