UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  26-37** |
| **v.** | * | **SECTION: "P"** |
| **JIAXIN TIAN** | * | |

\* \* \*

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE DUTY MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Brian M. Klebba, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **JIAXIN TIAN (DOB: xx/xx/1996)** is now confined in the Orleans Parish Prison, New Orleans, Louisiana, in the custody of the Warden of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **JIAXIN TIAN** is charged via an Indictment in the United States District Court for the Eastern District of Louisiana with Receipt of Materials Involving the Sexual Exploitation of Minors and that it is necessary for the said **JIAXIN TIAN** to appear for an initial appearance in the United States District Court for the Eastern District of Louisiana on or before the 20th day of February, 2026, at 10:00 a.m., before the Duty Magistrate Judge, after which **JIAXIN TIAN** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Warden of the Orleans Parish Prison, or one of his authorized deputies, requiring him to surrender the body of said **JIAXIN TIAN** to agents of Homeland Security Investigations, to be thereafter produced in the United States District Court for the Eastern District of Louisiana on or before the 20th day of February, 2026, at 10:00 a.m. before the Duty Magistrate Judge, after which **JIAXIN TIAN** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

    Respectfully submitted,

    DAVID I. COURCELLE
    UNITED STATES ATTORNEY

    */s/ Brian M. Klebba*
    BRIAN M. KLEBBA
    Assistant United States Attorney
    U.S. Attorney's Office/EDLA
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3079
    Email: brian.klebba@usdoj.gov