MINUTE ENTRY
FEBRUARY 20, 2026
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 26-37 |
| JIAXIN TIAN | SECTION: P |

### INITIAL APPEARANCE

APPEARANCES:

__X__ DEFENDANT

__X__ **PREVIOUSLY APPOINTED OR** ~~RETAINED~~ **(RETAINED)** COUNSEL    Joseph R McMahon, III

____ FPD/CJA COUNSEL PRESENT TO ASSIST DEFENDANT

__X__ ASSISTANT U.S. ATTORNEY    BRIAN KLEBBA

____ INTERPRETER _____
      Designated by Court and sworn.    Time: _____ .M to _____ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE ~~INDICTMENT~~ WAS:
     READ   WAIVED   (SUMMARIZED)

_X_/ DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN) WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

__/ OTHER _____

MJSTAR: 00: 04

\_/ BOND SET AT _____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

X/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

\_/ DEFENDANT RELEASED ON BOND

\_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ ARRAIGNMENT IS SET FOR _____

\_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

\_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

\_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

\_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.