UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

                Plaintiff

VERSUS

JIAXIN TIAN

                Defendant

CRIMINAL ACTION

NO. 2:26-cr-00037-DJP-KWR

SECTION: "E"

## MOTION AND ORDER TO CONTINUE

On motion of defendant, Jiaxin Tian, through undersigned counsel, and on suggesting to this Honorable Court that counsel, requests a continuance of this matter which is set for pre-trial on April 15, 2026 and trial on April 27, 2026, for the following reasons to wit:

I.

That counsel for the defendant and the government are attempting to reach a resolution and need additional time.

II.

The attorney for the United States has no objection to this continuance.

WHEREFORE, defendant prays that the pre-trial on April 15, 2026 and trial on April 27, 2026, in the above entitled and numbered case be continued to a later date and time.

Respectfully submitted,

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing was sent to all counsel of record via telefax and/or U.S. Mail, this _____ day of March, 2026.

_____

_____
JOSEPH R. McMAHON, III, #21769
2332 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 828-6225
Facsimile: (504) 828-6201
**Counsel for Jiaxin Tian**