# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**Plaintiff**

**CRIMINAL ACTION**

**VERSUS**

**NO. 2:26-cr-00037-DJP-KWR**

**SECTION: "E"**

**JIAXIN TIAN**

**Defendant**

## ORDER

Considering the foregoing Motion:

IT IS ORDERED that the pre-trial on April 15, 2026, be hereby continued

until the _____ day of _____ 2026 at _____ a.m./p.m. and trial on April

27, 2026, be hereby continued until the _____ day of _____ 2026 at

_____ a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
JUDGE