**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-37** |
| **JIAXIN TIAN** | **SECTION: "P" (4)** |

## ORDER

Considering the foregoing Unopposed Motion to Continue Trial and Pretrial Conference (R. Doc. 17),

**IT IS ORDERED** that the **trial** in this matter, previously set for April 27, 2026, is hereby **CONTINUED** and **RESET** for **August 17, 2026, at 9:00 a.m.**; and the **pretrial conference**, previously set for April 15, 2026, is hereby **CONTINUED** and **RESET** for **July 29, 2026, at 3:00 p.m.**

This motion is **GRANTED** after explicitly finding, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Title 18, United States Code, Section 3161(h)(7)(B)(iv).

New Orleans, Louisiana, this 1st day of April 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**