UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 26-37

JIAXIN TIAN                                 SECTION: N

### ORDER

**IT IS HEREBY ORDERED** the pretrial conference previously set July 29, 2026,  is RESET for **August 7, 2026 at 10:00 a.m.**

New Orleans, Louisiana, this 15th day of July 2026.

_____

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE