**MINUTE ENTRY**
**ST. JOHN, J.**
**JULY 30, 2026**
**JS10 – 01:36**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                         **CRIMINAL CASE**

**VERSUS**                                                             **NO.  26-37**

 **JIAXIN TIAN**                                                       **SECTION: N**

**REARRAIGNMENT**

Court Reporter:        Alexis Vice
Case Manager:        Morgan Palmer
Law Clerk:              Gianluca Cocito-Monoc

PRESENT:              Jiaxin Tian, Defendant
                            Joseph R. McMahon, III, Counsel for Defendant
                            Brian Klebba, Assistant U.S. Attorney
                            Jenny Zheng, Chinese interpreter

Case called at 10:09 a.m.
Interpreter was sworn.
Defendant was sworn and questioned by the Court.
Defendant present to withdraw former plea of Not Guilty and enter a plea of Guilty as to Count 1 of the Indictment.
Reading of the Indictment waived.
Defendant informed of the maximum penalties.
Defendant informed of rights to trial by jury or the court and waived same.
Defendant entered a plea of guilty.
Plea Agreement was disclosed to the Court in writing and same was filed.
Factual Basis was disclosed to the Court in writing and same was filed.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
The Court defers decision on acceptance of the plea agreement until sentencing.
Pre-sentencing investigation is ORDERED.
Sentencing set for **November 19th, 2026, at 2:00 p.m.**
The pretrial conference and trial of this defendant are cancelled.
Defendant remanded.
Hearing completed 11:45 a.m.

_____
**ANNA ST. JOHN**
**UNITED STATES DISTRICT JUDGE**