UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *    CRIMINAL NO.  26-37

v.     *    SECTION: "N"

JIAXIN TIAN     *

     *

*     *     *

## FACTUAL BASIS

Should this matter have gone to trial, the government would have proved through the introduction of reliable testimony and admissible tangible exhibits, including documentary evidence, the following to support the allegations contained in the Indictment now pending against the defendant, **JIAXIN TIAN ("TIAN")**, charging him with Receipt of Materials Involving the Sexual Exploitation of Minors in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

The government would establish that the case against **TIAN** began as a result of a lead from the Pearl River County Sheriff's Office ("PRCSO"). Investigators with the PRCSO conducted an undercover online investigation on the BitTorrent peer-to-peer file sharing network looking for individuals who were sharing Child Sex Abuse Material ("CSAM") on the internet. PRCSO investigators found that a user with IP address 70.186.73.220 was sharing CSAM. PRCSO investigators determined the IP address was registered to Cox Communications ("Cox") with a geolocation in New Orleans.

AUSA
Defendant
Defense Counsel

PRCSO investigators notified the Louisiana Bureau of Investigation ("LBI") agents of their findings. Agents reviewed the files connected to IP address 70.186.73.220 and determined they depicted the sexual exploitation of minors engaging in sexually explicit conduct.

LBI agents served a subpoena on Cox for the IP address information connected to their investigation. Cox provided the following account information: Name: xxxx Li; Address" xxxx Coliseum St., New Orleans, LA 70115-2707; telephone: (504) 432-xxxx; Email: xxxx111111@gmail.com.

On December 12, 2025, LBI and the U.S. Department of Homeland Security ("HSI") executed a state search warrant at the defendant's residence located on Coliseum St., New Orleans, Louisiana. During the search, agents recovered from **TIAN's** bedroom a MSI laptop computer, an Apple I-Phone, a Huawei cell phone, and various other electronic storage devices.

Agents advised **TIAN** of his *Miranda* rights. **TIAN** told the agents that he utilized BitTorrent to download images and or videos of prepubescent CSAM for the purposes of sexual gratification. **TIAN** then directed the agents to the location of his laptop where he stored his CSAM.

LBI agents conducted on-scene forensics during the search and located approximately 150 images and videos depicting the sexual victimization of minors. **TIAN** was arrested by LBI on state charges. A federal search warrant to conduct a full search of the seized electronic devices seized was obtained by HSI agents from U.S. Magistrate Judge Karen Wells Roby on January 29, 2026. HSI computer forensic agents recovered approximately 1441 images and 50 videos depicting the sexual victimization of children on **TIAN's** laptop computer including males penetrating prepubescent females.

Page **2** of **3**

AUSA _____
Defendant _____
Defense Counsel _____

## Limited Nature of Factual Basis and Conclusion

This proffer of evidence is not intended to constitute a complete statement of all facts known by **TIAN** and/or the government. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for his guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the plea of guilty to the charged offenses by **TIAN**.

The above facts come from an investigation conducted by, and would be proven at trial by credible testimony from, *inter alia*, HSI special agents, LBI agents, the victims, other law enforcement officers, and computer forensic examiners from HSI, as well as from admissible tangible evidence in the custody of HSI.

READ AND APPROVED:

_____    7/30/26
BRIAN M. KLEBBA                                              (Date)
Assistant United States Attorney

_____    7/30/26
JOSEPH R. MCMAHON, III                                   (Date)
Counsel for Defendant

_____    7/30/26
JIAXIN TIAN                                                      (Date)
Defendant