**INTERPRETER**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL NO. 26-37

VERSUS                                  SECTION "N"

JIAXIN TIAN                             VIOLATION:
                                        18 U.S.C. § 2252(a)(2) and (b)(1)

NOTICE OF SENTENCING

Take notice that this criminal proceeding is set for **November 19, 2026 at 2:00 p.m.**, before Judge Anna St. John, Courtroom C501, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  July 31, 2026                    CAROL L. MICHEL, CLERK
                                        by Morgan Palmer, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ JIAXIN TIAN

✓ Joseph R. McMahon, III, Counsel

✓ AUSA:  Brian M. Klebba

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

**If you change address,
notify clerk of court
by phone, (504) 589-7680**

FOREIGN LANGUAGE INTERPRETER:
**CHINESE – Mandarin**