UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA         *         CRIMINAL NO.  26-37

          v.              *         SECTION:  "N"

JIAXIN TIAN             *

                    *    *    *

**GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM
PURSUANT TO SECTION 3E1.1(b) OF THE SENTENCING GUIDELINES**

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully submits the following:

On April 30, 2003, United States Sentencing Guideline Section 3E1.1(b), Acceptance of Responsibility, was amended pursuant to the PROTECT Act. This change requires the government to file a motion in order for a defendant to receive an additional one point reduction for acceptance of responsibility.

In the present case, the government submits that the defendant has assisted in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby, allowing the government to avoid preparing for trial and permitting the government and Court to allocate their resources efficiently. Accordingly, the defendant is entitled to the one additional point decrease in his offense level of his sentencing guidelines for a total of a three point decrease for acceptance of responsibility.

**WHEREFORE** for the aforementioned reasons the government respectfully request that this motion be granted.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY


 /s/ Brian M. Klebba
BRIAN M. KLEBBA
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3079
Email:  brian.klebba@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to defense counsel of record.

 /s/ Brian M. Klebba
Brian M. Klebba
Assistant United States Attorney

2