**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  26-37** |
| **v.** | * | **SECTION:  "N"** |
| **JIAXIN TIAN** | * | |
| | * * * | |

## O R D E R

Considering the Government's foregoing motion pursuant to 3E1.1(b) of the Sentencing Guidelines;

**IT IS HEREBY ORDERED** that the defendant be given a three level decrease in his sentencing guidelines for acceptance of responsibility.

New Orleans, Louisiana, this _____ day of _____, 2026.


_____
HONORABLE ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE